FILED: June 11, 2007

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6241
(1:05-cv-00067)

FILED
ASHEVILLE, N.C.
JUN 13 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

In Re: VINCENT BRADFORD EARL,

Petitioner,

ORDER

Vincent Bradford Earl petitions for a writ of mandamus, asserting excessive delay and seeking an order directing the district court to rule on his habeas petition pending with no significant action since March 28, 2006, in the Western District of North Carolina, Case No. 1:05-cv-00067. The court directs that Judge Graham C. Mullen respond to the attached mandamus petition. The response is due no later than thirty days after the date of this order.

For the Court

/s/ PATRICIA S. CONNOR
CLERK

In The United States Court of Appeals
For the Fourth Circuit
File No. 1:05-CV-67-2-mu

FILED
FEB 2 0 2007
US Court of Appeals
4th Circuit

Vincent B. EARL
Petitioner

vs

Theodis Beck, secretary of Prisons,
Respondent.

Petitioner's Motion of Mandamus

Now comes the Above mentioned Petitioner, whom IS an Inmate Incarcerated within the North Carolinas Department of Corrections, Date of Conviction During Sentencing was June 12, 2003, whom filed a "Petition under 28 U.S.C. § 2254, For writ of Habeas corpus, By a State Prisoner" on the Date of MARCh 18, 2005, Nearly "22" Months Ago.
The Petition IS challenging the Illegal sentence the Petitioner IS Now Serving Along with Ineffective assistance of Counsel.
The Petition was filed In the U.S. District Court of North Carolina's, Western District of N.C.
The Petition within Itself should've been Ruled on, and Decided on within a Timely fashion As a matter of Law.
This Mandamus Holds the Reserved merit to be Responded to with All Due Diligence, of this Court.

This Mandamus is Also within the "Federal Rules of Civil Procedures Rule #57, - Declatary Judgement. Pursuant to Tittle 28 U.S.C § 2201 - "The court may order A Speedy Hearing of An Action for A Declatary Judgement, and Advance It on the clander". Thus this Mandamus moves this court to Adhear to the following Courts Decisions.

(Jones Vs. Shell 572 F.2d 1278)
Prisoner filed a Habeas Corpus - 14, months the Petition was Delayed - the court stated: "We find a Flagrant Violation of our Mandate of Jan 13, 1977, by the District court, In failing to Act within a Reasonable time upon this Courts order of Remand.

(InRe Vs. Blodgett 502 U.S. 236, 112 S.ct. 674, 116. L.Ed. 2d 669, 60 USLW, 3470, 60 USLW 3476)

(Johnson Vs. Rodgers 917 F.3d 1283)

This Petitioner moves this court to Enforce this Motion of Mandamus to compelle the District court to Act on Law, and Deside on the Above Docketed case, and to No longer Delay It's Ruling Accordingly

This Petitioner Has a clear, and Indispensible Right to Have and expeditiously Heard and Decided Habeas Corpus, Petition As a matter of Law.

Respectfully Submitted
This 14th Day of FeB., 2007
By: Mr. Vincent B. Earl