# United States District Court
# For The Western District of North Carolina
# Asheville Division

VINCENT BRADFORD EARL,

    Petitioner,

vs.

MR. THEODIS BECK, Secretary
of the Department of Correction,

    Respondent.

JUDGMENT IN A CIVIL CASE

1:05cv67-3-MU

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 20, 2006 Order.

June 20, 2007

FRANK G. JOHNS, CLERK

BY: s/Elizabeth J. Barton

Elizabeth J. Barton, Deputy Clerk