IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05 CV 67
(COA No. 07-6241)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **RESPONSE** |
| v. | ) | |
| | ) | |
| VINCENT BRADFORD EARL | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** upon the Fourth Circuit Court of Appeals Order to respond to Mandamus Petition. Defendant is not entitled to mandamus because this Court has disposed of the matter in the Order docketed on June 20, 2007 [doc. 19].

Signed: June 20, 2007

Graham C. Mullen
United States District Judge